IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )              4:01CR3111
                               )
         v.                    )
                               )
ROBERT JACKSON,                )              ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to modify sentence (Filing No. 42) and defendant's motion to reduce sentence (Filing No. 46), and the stipulation of the parties (Filing No. 47).  The retroactive amendment to the cocaine base guideline changes the total (final) offense level - from 31 to 29.  The government and defense agree that the new sentence should be one hundred five (105) months imprisonment, based on the prior computation of specific offense characteristics, adjustments, and any departures.  Considering the time served and credit for good time,

IT IS ORDERED that said motion is granted and the stipulation of the parties is approved and adopted; the sentence of the defendant is reduced to a term of one hundred five (105) months.  He shall receive credit for all time served.  The

conditions of supervised release entered in the original judgment

and committal order remain in full force and effect.

DATED this 2nd day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court